

Monte A. Mills
612-373-8363 *direct*
mmills@greeneespel.com

January 13, 2023

**<u>VIA CM/ECF</u>**

Michael E. Gans
Clerk of Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Room 24.329
St. Louis, MO  63102

    Re:    *Matthew A. Kezhaya v. City of Belle Plaine, Minnesota*
            Case No. 22-2183

Dear Mr. Gans:

We represent the Appellee City of Belle Plaine, Minnesota, in the above-referenced matter. Under the Court's notice of Oral Argument Dates and Locations 2022–2023 Term of Court, we write to advise the court that we have the following conflicts regarding availability for oral argument:

March 13–17, 2023; and

June 14–15, 2023.

Please do not hesitate to contact me if you need anything further. Thank you.

                        Very truly yours,

                        *s/Monte A. Mills*

                        Monte A. Mills

MM/jak
c: All counsel *(via CM/ECF)*

222 South Ninth Street, Suite 2200, Minneapolis, MN 55402-3362
612.373.0830 *tel*   612.373.0929 *fax*   www.greeneespel.com

Appellate Case: 22-2183     Page: 1     Date Filed: 01/13/2023 Entry ID: 5235941

## CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2023, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      *s/Monte A. Mills*