# 22-2183

In the United States Court of Appeals
for the Eighth Circuit

Matthew **Kezhaya**,
*Respondent / Appellant*

*v.*

**City** of Belle Plaine, Minnesota
*Movant / Appellee.*

On appeal from the District of Minnesota

Case No. 0:21-cv-00336

Hon. Wilhelmina Wright, District Judge, presiding

## Motion for extension of time



| | |
|---|---|
| **Matt Kezhaya** | matt@crown.law |
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

100 S. Fifth St, Ste 1900, Minneapolis, MN 55402

**COMES NOW** Appellant Matthew A. Kezhaya, appearing *pro se*, with a motion to extend his reply brief to **February 10, 2023**, pursuant to Rule 27A of the Eighth Circuit Local Rules of Appellate Procedure.

1. Appellant's reply brief is currently due **January 26, 2023**.

2. Good cause exists to extend Appellant's deadline to file the reply brief. Specifically, the schedule of Appellant's counsel includes several appeals as well as multiple trial court matters. Additional time would permit Appellant to fully and adequately brief the issues involved in this case. In turn, this will assist the Court in its determination of the issues.

3. Appellant requests a 15-day extension to February 10.

4. No prior extensions have been requested for the reply brief.

5. This request is made in good faith and the foregoing constitutes "good cause."

[*Remainder intentionally left blank. Signature and certificates to follow.*]

Respectfully submitted on January 17, 2023 by:



| Matt Kezhaya | matt@crown.law |
|---|---|
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

100 S. Fifth St, Ste. 1900, Minneapolis, MN 55402

### CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Matthew A. Kezhaya

### CERTIFICATE OF COMPLIANCE

This motion to extend time for filing complies with the type-volume limitations of FRAP 27(d)(2)(A) because this motion contains 155 words, excluding the parts of the motion exempted by FRAP 27(a)(2)(B). This motion complies with the typeface requirements of FRAP 32(a)(5) and the type style requirements of FRAP 32(a)(6) because this motion has been prepared in a proportionally spaced typeface in Calisto MT, 14pt font. This motion has been scanned for viruses and is virus-free. /s/ Matthew A. Kezhaya