# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2183

Matthew A. Kezhaya

Appellant

v.

City of Belle Plaine, Minnesota

Appellee

___

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-00336-WMW)

___

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until February 10, 2023 to file the brief.

January 18, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
/s/ Michael E. Gans