

Monte A. Mills
612-373-8363 *direct*
mmills@greeneespel.com

February 1, 2023

**VIA CM/ECF**

Michael E. Gans
Clerk of Court
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Room 24.329
St. Louis, MO 63102

    Re:    *Matthew A. Kezhaya v. City of Belle Plaine, Minnesota*
            Case No. 22-2183

Dear Mr. Gans:

We represent the Appellee City of Belle Plaine, Minnesota, in the above-referenced matter. Under the Court's notice of Oral Argument Dates and Locations 2022–2023 Term of Court, we write to advise the court that we have the following conflicts regarding availability for oral argument:

    February 13–15, 2023;

    March 13–17, 2023;

    April 10–13, 2023; and

    June 14–15, 2023.

Please do not hesitate to contact me if you need anything further. Thank you.

            Very truly yours,

            *s/Monte A. Mills*

            Monte A. Mills

MM/jak
c: All counsel *(via CM/ECF)*

222 South Ninth Street, Suite 2200, Minneapolis, MN 55402-3362
612.373.0830 *tel*  612.373.0929 *fax*  www.greeneespel.com

Appellate Case: 22-2183    Page: 1    Date Filed: 02/01/2023 Entry ID: 5241519

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2023, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                      *s/Monte A. Mills*