

# Crown Law

MATTHEW A. KEZHAYA
(479) 431-6112
matt@crown.law

100 S. Fifth Street
Suite 1900
Minneapolis, MN 55402

February 6, 2023

Clerk of the Eighth Circuit Court of Appeals
    **by ECF**

Re: *Matthew A. Kezhaya v. City of Belle Plaine, Minnesota* (Case No. 22-2183)

Dear Mr. Gans,

I am the Appellant in the above matter, which has been screened for oral argument. I have reviewed the upcoming oral argument settings and write to notify the Court that I have the following conflicts regarding availability for oral argument:

- February 13–17, 2023;
- April 10–12, 2023; and
- May 8–10, 2023.

Please let me know if I can answer any questions.

Sincerely,

Matthew A. Kezhaya

CC:

Opposing counsel, via ECF

*[Remainder intentionally left blank. Certificate to follow.]*



**Matthew A. Kezhaya**
(479) 431-6112
matt@crown.law

**Crown Law**

100 S. Fifth Street
Suite 1900
Minneapolis, MN 55402

## Certificate of Service

**Notice is given** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on February 6, 2023 which sends service to registered users, including all other counsel of record in this cause.

/s/ Matthew A. Kezhaya